UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARWIN MOORE, an individual,

        Plaintiff,                  Case No: 4-09-cv-14896

v.                                     Honorable Mark A. Goldsmith

                                            Magistrate Judge Mona K. Majzoub

UNITED PARCEL SERVICE, INC., a
Corporation; TEAMSTERS, LOCAL 243,
a Labor Organization,

        Defendants.

## PROTECTIVE ORDER AND ORDER QUASHING SUBPOENA

This matter having come before the Court on the motion of Darwin Moore to quash the subpoena issued for the deposition of Scott K. Ellis, Esq. and for a protective order prohibiting testimony protected under the attorney-client privilege and as attorney work product,

IT IS HEREBY ORDERED that

1.     Counsel for the Defendants are prohibited from asking questions of Mr. Ellis about communications between him (and his agents) and Darwin Moore including, but not limited to, questions about the following subjects:

    a.     the intent of Mr. Moore and/or Mr. Ellis with respect to the any documents signed by Mr. Moore in connection with <u>Darwin Moore v. United Parcel Service</u>, Case No. 2:06-cv-12223-BAF-WC;

    b.     the efficacy and/or propriety of Mr. Moore executing any documents in connection with case no. 2:06-cv-12223-BAF-WC;

    c.     Mr. Ellis's and/or Mr. Moore's understanding or interpretation of any documents

1

signed by Mr. Moore in connection with case no. 2:06-cv-12223-BAFR-WC.

    d.    Mr. Moore's interpretation of any contracts signed by him.

    2.    The subpoena issued by Bonnie Mayfield on December 5, 2011 is quashed with respect to the document production by Mr. Ellis.

                  BY THE COURT:

                  _____
                  United States District Court Judge