# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DARWIN MOORE, an individual,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC., a
Corporation; and TEAMSTERS,
LOCAL 243, a Labor Organization,

    Defendants.
_____/

Case No: 4-09-cv-14896
Honorable Mark A. Goldsmith
Magistrate Judge Mona K. Majzoub

## INDICATIVE ORDER

This matter came before the Court upon the joint motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to take the following actions required to effectuate the parties' settlement agreement:

- o Grant Joint Motion to Withdraw Bills of Costs;

- o Enter the parties' Proposed Stipulated Order Granting Joint Motion to Withdraw Bills of Costs; and

- o Enter Proposed Stipulated Amended Judgment of Dismissal With Prejudice and Without Costs and/or Fees to Any Party.

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals

for the Sixth Circuit, it will grant the relief requested.

IT IS, THEREFORE, ORDERED BY THE COURT that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the parties' Joint Motion pursuant to Rule 62.1 of the Federal Rules of Civil Procedure and proceed to: (1) grant the parties' Joint Motion to Withdraw Bills of Costs; and (2) in the forms as proposed by the parties and submitted to the Court, as requested by the parties in their Joint Motion for an Indicative Order, enter (a) the Proposed Stipulated Order Granting Joint Motion to Withdraw Bills of Costs and (b) the Proposed Stipulated Amended Judgment.

ENTERED this 20th day of February, 2014.

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 20, 2014.

s/Holly Monda for Deborah J. Goltz
Holly Monda for Deborah J. Goltz
Case Manager